# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00131-CR

**Bobby Soriano, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
## NO. D-1-DC-04-205638, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bobby Soriano seeks to appeal a judgment of conviction for possession of less than one gram of cocaine. *See* Tex. Health & Safety Code Ann. § 481.115 (West 2003). The pro se notice of appeal was filed ninety-three days after sentence was imposed. *See* Tex. R. App. P. 26.2(a)(1); *see also Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). In addition, the trial court has certified that this is a plea bargain case and Soriano has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:   March 22, 2006

Do Not Publish